## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| John C. Eastman | ) |
| | ) |
| v. | )   NO. 1:21cv3273 |
| | ) |
| Thompson, et al. | ) |
| | ) |
| Defendants | ) |

### RESPONSE TO ORDER TO SHOW CAUSE

Comes now, the Plaintiff, John C. Eastman and offers this response to the Court's December 21, 2021 Order to Show cause.  Plaintiff asserts as follows:

1. Upon filing this action, Plaintiff received via email a notice of error from the Court on December 15 requesting corrections to the initiating paperwork. Counsel attempted to make responsive filings on December 15 but experienced a technical problem with ECF.

2. Plaintiff contacted support services on December 16 for assistance with the technical issue.  A response was received at 8:51pm on that date indicating the technical issue "should be resolved."  The technical issue having been resolved, plaintiff made two filings on December 17 in response to the December 15 notice of error.  ECF 2-3.

3. This Court issued a notice of error on December 20 stating that undersigned counsel still needed to make a change to the civil case cover sheet.  Although the docket entry stated the notice was emailed, undersigned counsel can find no record of having received such email.

4.   Upon receiving this Court's Order to Show Cause on today's date, undersigned counsel submitted an amended civil case cover sheet as requested (ECF 4).

For the foregoing reasons, plaintiff respectfully requests that the order to show cause be dismissed.

Respectfully Submitted,

By:

/s/ *Charles Burnham*
Charles Burnham VSB # 72781
*Attorney for Plaintiff*
Burnham & Gorokhov, PLLC
1424 K St. NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173
charles@burnhamgorokhov.com

## CERTIFICATE OF SERVICE

I have served this filing on all parties through the Court's ecf system.

                                        Respectfully Submitted,

                                        By: /s/ *Charles Burnham*
                                        Charles Burnham VSB # 72781
                                        *Attorney for the Plaintiff*
                                        Burnham & Gorokhov, PLLC
                                        1424 K St. NW, Suite 500
                                        Washington, DC 20005
                                        (202) 386-6920 (phone)
                                        (202) 765-2173 (fax)
                                        charles@burnhamgorokhov.com