IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN C. EASTMAN,

        *Plaintiff,*

v.

BENNIE G. THOMPSON, *et al.*,

        *Defendants.*

Civil Action
No. 1:21-cv-03273

## AFFIDAVIT OF MAILING

I, Michael T. Collins, hereby state that:

1. I am an associate attorney with Burnham & Gorokhov, PLLC.

2. On February 15, 2022, I caused to be deposited in the United States Mail copies of the summons and complaint in the above captioned matter, first class and certified, addressed to the following recipient:

> Matthew M. Graves
> United States Attorney's Office
> 555 4th Street, NW
> Washington, DC 20001

3. I attached the tracking report and receipt for certified mail no. 70203160000042158504 indicating that delivery of the summons and complaint was made upon the U.S. Attorney for the District of Columbia on February 22, 2022.

4. On March 7, 2022, I caused to be deposited in the United States Mail copies of the summons and complaint in the above captioned matter, first class and certified, addressed to the following recipient:

      MERRICK B. GARLAND  
      Attorney General of the United States  
      U.S. Department of Justice  
      950 Pennsylvania Avenue, NW  
      Washington, DC 20530

5. I attached the tracking report and receipt for certified mail no. 70203160000042158689 indicating that delivery of the summons and complaint was made upon the United States Attorney General on March 14, 2022.

6. An initial package to the Attorney General sent the same day as the package to the U.S. Attorney appears to have been lost in the mail.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14 day of March 2022.

                                                    /s/ Michael T. Collins  
                                                    Michael T. Collins