Case 1:21-cv-03273-CJN   Document 9-2   Filed 03/14/22   Page 1 of 1



# US Mail Service
National Postal Service

**70203160000042158689**

70203160000042158689
70203160000042158504



## Add package title

| | | | |
|---|---|---|---|
| 14 Mar 2022 04:47 | | Delivered, Individual Picked Up at Postal Facility. Your item was picked up at a postal facility at 4:47 am on March 14, 2022 in WASHINGTON, DC 20530. WASHINGTON, DC | USPS |
| 12 Mar 2022 08:43 | | Available for Pickup WASHINGTON, DC | USPS |
| 12 Mar 2022 07:45 | | Arrived at Post Office WASHINGTON, DC | USPS |
| 10 Mar 2022 23:00 | | In Transit to Next Facility | USPS |
| 09 Mar 2022 07:44 | | Arrived at USPS Regional Facility WASHINGTON DC DISTRIBUTION CENTER | USPS |
| 08 Mar 2022 19:11 | | Arrived at USPS Regional Facility MERRIFIELD VA DISTRIBUTION CENTER | USPS |

| | |
|---|---|
| Tracking number | 70203160000042158689 |
| Destination | United States |
| Found in | USPS (/en/carriers/usps) |
| Tracked with couriers | USPS (/en/carriers/usps) |