

# US Mail Service

National Postal Service

70203160000042158504

70203160000042158504

Add package title

| 22 Feb 2022 03:47 | Delivered, Individual Picked Up at Postal Facility. Your item was picked up at a postal facility at 4:47 am on February 22, 2022 in WASHINGTON, DC 20530. WASHINGTON, DC | USPS |
|---|---|---|
| 20 Feb 2022 09:22 | Available for Pickup WASHINGTON, DC | USPS |
| 20 Feb 2022 08:32 | Arrived at Hub WASHINGTON, DC | USPS |
| 18 Feb 2022 23:00 | In Transit to Next Facility | USPS |
| 17 Feb 2022 18:57 | Arrived at USPS Regional Facility MERRIFIELD VA DISTRIBUTION CENTER | USPS |

| | |
|---|---|
| Tracking number | 70203160000042158504 |
| Destination | United States |
| Found in | USPS (/en/carriers/usps) |
| Tracked with couriers | USPS (/en/carriers/usps) |
| Days in transit | 4 |

Tracking link

https://parcelsapp.com/en/tracking/70203160000042158504