

# US Mail Service
National Postal Service

70203160000042158689

70203160000042158689
70203160000042158504



## Add package title

| | | |
|---|---|---|
| 14 Mar 2022 04:47 | Delivered, Individual Picked Up at Postal Facility. Your item was picked up at a postal facility at 4:47 am on March 14, 2022 in WASHINGTON, DC 20530.<br>WASHINGTON, DC | USPS |
| 12 Mar 2022 08:43 | Available for Pickup<br>WASHINGTON, DC | USPS |
| 12 Mar 2022 07:45 | Arrived at Post Office<br>WASHINGTON, DC | USPS |
| 10 Mar 2022 23:00 | In Transit to Next Facility | USPS |
| 09 Mar 2022 07:44 | Arrived at USPS Regional Facility<br>WASHINGTON DC DISTRIBUTION CENTER | USPS |
| 08 Mar 2022 19:11 | Arrived at USPS Regional Facility<br>MERRIFIELD VA DISTRIBUTION CENTER | USPS |

Tracking number                                                                 70203160000042158689

Destination                                                                              United States

Found in                                                                         USPS (/en/carriers/usps)

Tracked with couriers                                                            USPS (/en/carriers/usps)