

# US Mail Service
National Postal Service

70203160000042158504

70203160000042158504

Add package title

| | | |
|---|---|---|
| **22 Feb 2022** 03:47 | ○ | Delivered, Individual Picked Up at Postal Facility. Your item was picked up at a postal facility at 4:47 am on February 22, 2022 in WASHINGTON, DC 20530. WASHINGTON, DC |
| **20 Feb 2022** 09:22 | ○ | Available for Pickup WASHINGTON, DC |
| **20 Feb 2022** 08:32 | ○ | Arrived at Hub WASHINGTON, DC |
| **18 Feb 2022** 23:00 | ○ | In Transit to Next Facility |
| **17 Feb 2022** 18:57 | ○ | Arrived at USPS Regional Facility MERRIFIELD VA DISTRIBUTION CENTER |

USPS (appears on each row, right side)

| | |
|---|---|
| Tracking number | 70203160000042158504 |
| Destination | United States |
| Found in | USPS (/en/carriers/usps) |
| Tracked with couriers | USPS (/en/carriers/usps) |
| Days in transit | 4 |

Tracking link

https://parcelsapp.com/en/tracking/70203160000042158504