### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

| | |
|---|---|
| John C. Eastman ) | |
| ) | |
| v. ) | NO. 1:21cv3273 |
| ) | |
| Thompson, et al. ) | |
| ) | |
| Defendants ) | |

### AFFIDAVIT OF SERVICE

I, Charles Burnham, hereby state that:

1. On March 14, 2022 I emailed to Douglas N. Letter, Esq. a copy of the complaint, complaint exhibits, and summonses for defendants the Select Committee to Investigate the January 6th Attack on the United States Capitol, Bennie G. Thompson, Timothy J. Heaphy, & John Wood.

2. Mr. Letter indicated his acceptance of service of process on behalf of the defendants.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of March 2022.

/s/ Charles Burnham
Charles Burnham