IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| John C. Eastman | ) ) ) | |
| v. | ) ) | NO.  1:21cv3273 |
| Thompson, et al. | ) ) ) ) | |
| <u>           Defendants           </u> | ) | |

**AFFIDAVIT OF SERVICE**

I, Charles Burnham, hereby state that:

1. On March 14, 2022 I emailed to Douglas N. Letter, Esq. a copy of the complaint, complaint exhibits, and summonses for defendants the Select Committee to Investigate the January 6th Attack on the United States Capitol, Bennie G. Thompson, Timothy J. Heaphy, & John Wood.

2. Mr. Letter indicated his acceptance of service of process on behalf of the defendants.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 15th day of March 2022.

/s/ Charles Burnham
Charles Burnham