IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN C. EASTMAN,

                    *Plaintiff*,

v.

BENNIE G. THOMPSON, in his official capacity as Chairman of the House Select Committee to Investigate the January 6th Attack on the United States Capitol, *et al.*,

                    *Defendants*.

No. 1:21-cv-03273-CJN

**CONSENT MOTION TO EXTEND TIME
FOR CONGRESSIONAL DEFENDANTS TO RESPOND**

Pursuant to Local Rule 7 and the Court's Standing Order for Civil Cases (ECF No. 7), Defendants the Honorable Bennie G. Thompson, John Wood, Timothy J. Heaphy, and the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol ("Select Committee," collectively, "Congressional Defendants"), respectfully move for an extension of time to respond to Plaintiff's Complaint.

Plaintiff John Eastman filed his Complaint (ECF No. 1) on December 14, 2021.  Pursuant to Federal Rule of Civil Procedure 12(a)(3), the response to Plaintiff's Complaint was originally due on April 21, 2022, 60 days after service of the summons and original complaint on the U.S. Attorney for the District of Columbia.  *See* ECF No. 9; *see also* Fed. R. Civ. P. 12(a)(3). Congressional Defendants seek a 30-day extension, until May 23, 2022.[1]

---

[1] Because the last day of the 30-day period would fall on May 21, a Saturday, the Congressional Defendants' response will be due on May 23, 2022.  *See* Fed. R. Civ. P. 6(a)(2)(C).

The Congressional Defendants, all Members of Congress, continue to be actively engaged in studying the various alternatives in this and other related litigation. In addition, the Select Committee's investigation continues to uncover new information almost daily, which requires continual adjustments and alterations in its plans and strategic approach. Also, new information is obtained via the parallel criminal proceedings, which also affects the Select Committee's decision making on this and other cases. Finally, given the schedules of the Select Committee Members and the press of other critical House business, additional time is required prior to responding. There are no existing deadlines that will be affected by the granting of this motion. Given the nature of the investigation, House business, the other litigation currently underway, and the intervening Easter Holiday, the Congressional Defendants were unable to comply with the four-day requirement set out in the Court's Standing Order.

Pursuant to Local Rule 7(m), the parties' counsel conferred about a proposed extension of time, and Plaintiff consents to a 30-day extension.

        Respectfully submitted,

        /s/ *Douglas N. Letter*
        Douglas N. Letter (D.C. Bar No. 253492)
        *General Counsel*
        Todd B. Tatelman (VA Bar No. 66008)
        Eric R. Columbus (D.C. Bar No. 487736)
        Stacie M. Fahsel (D.C. Bar. No. 1034314)
        Michelle S. Kallen (D.C. Bar No. 1030497)
        OFFICE OF GENERAL COUNSEL
        U.S. HOUSE OF REPRESENTATIVES
        5140 O'Neill House Office Building
        Washington, D.C. 20515
        (202) 225-9700
        Douglas.Letter@mail.house.gov

        *Counsel for Congressional Defendants*

April 18, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2022, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

*/s/ Douglas N. Letter*
Douglas N. Letter
