IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. EASTMAN,<br><br>*Plaintiff*,<br><br>v.<br><br>BENNIE G. THOMPSON, in his official capacity as Chairman of the House Select Committee to Investigate the January 6th Attack on the United States Capitol, *et al.*,<br><br>*Defendants*. | No. 1:21-cv-03273-CJN |

**[PROPOSED] ORDER GRANTING CONGRESSIONAL DEFENDANTS' CONSENT MOTION TO EXTEND TIME TO RESPOND**

It is ORDERED that the consent motion of Defendants the Honorable Bennie G. Thompson, John Wood, Timothy J. Heaphy, and the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol for a 30-day extension to respond to Plaintiff's Complaint is GRANTED.

Congressional Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint is extended to May 23, 2022.

It is so ORDERED.

Dated: _____                          _____
                                           Judge Carl J. Nichols
                                           UNITED STATES DISTRICT COURT JUDGE