# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. EASTMAN<br>　　　*Plaintiff*,<br><br>v.<br><br>BENNIE G. THOMPSON; JOHN WOOD; TIMOTHY J. HEAPHY; SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL; and VERIZON COMMUNICATIONS, INC.<br><br>　　　*Defendants.* | Case No. 1:21-cv-03273 |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT VERIZON COMMUNICATIONS INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Verizon Communications Inc. discloses that it is a publicly held corporation that has no parent company and no publicly held corporation owns 10% more of Verizon Communications Inc.'s stock.

April 25, 2022

Respectfully submitted,

/s/ Reid M. Figel
Reid M. Figel
**KELLOGG, HANSEN, TODD,
　FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
rfigel@kellogghansen.com

*Counsel for Defendant Verizon Communications Inc.*