IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. EASTMAN,<br><br>*Plaintiff*,<br><br>v.<br><br>BENNIE G. THOMPSON, *et al.*,<br><br>*Defendants*. | No. 1:21-cv-03273-CJN |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Congressional Defendants' Motion to Dismiss, any opposition thereto, and the entire record herein, it is hereby

**ORDERED** that the Congressional Defendants' Motion is **GRANTED**;

and it is further

**ORDERED** that Plaintiff's claims against the Congressional Defendants are **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

Dated: _____

_____
THE HONORABLE CARL J. NICHOLS
United States District Judge