## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| John C. Eastman | ) | |
| | ) | |
| v. | ) | NO. 1:21cv3273 |
| | ) | |
| Thompson, et al. | ) | |
| | ) | |
| Defendants | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**

Comes now, the Plaintiff, John C. Eastman and moves for an extension of time to file a response to the congressional defendants' 12(b)(6) Motion to Dismiss. Plaintiff asserts as follows:

1. The congressional defendants have asked this Court to dismiss Plaintiff's claims. ECF 18.

2. The congressional defendants previously consented to an extension of time to file a response to their motion until June 21 pursuant to the sealed filing at ECF 19.

3. The parties are currently discussing a potential resolution of this case which would not require further action from the Court. The discussions are promising but some additional time is required to finalize them. Plaintiff therefore requests that this Court grant him an extension of time to file his response to the defendants' motion until June 28.

4. The congressional defendants do not object to this request.

For the foregoing reasons, Plaintiff respectfully requests an extension until June 28 to file his response to the congressional defendants' Motion to Dismiss.

Respectfully Submitted,

By:

/s/ *Charles Burnham*
Charles Burnham VSB # 72781
*Attorney for Plaintiff*
Burnham & Gorokhov, PLLC
1424 K St. NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173
charles@burnhamgorokhov.com

## CERTIFICATE OF SERVICE

I have served this filing on all parties through the Court's ecf system.

        Respectfully Submitted,

        By: /s/ *Charles Burnham*
        Charles Burnham VSB # 72781
        *Attorney for the Plaintiff*
        Burnham & Gorokhov, PLLC
        1424 K St. NW, Suite 500
        Washington, DC 20005
        (202) 386-6920 (phone)
        (202) 765-2173 (fax)
        charles@burnhamgorokhov.com