**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| John C. Eastman | ) | |
| | ) | |
| v. | ) | NO.  1:21cv3273 |
| | ) | |
| Thompson, et al. | ) | |
| | ) | |
| Defendants | ) | |

**PROPOSED ORDER**

Plaintiff's Consent Motion for Extension of Time to File Response to defendants'

Motion to Dismiss is granted.  Plaintiff shall have until June 28, 2022 to file the response.

Entered on:_____.


_____.

Hon. Carl J. Nichols