# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. EASTMAN,<br><br>    *Plaintiff,*<br><br>v.<br><br>BENNIE G. THOMPSON, *et al.*<br><br>    *Defendants*. | No. 1:21-cv-03273-CJN |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, though his counsel, hereby gives notice that the above-styled action is voluntarily dismissed, without prejudice. All defendants have, through their counsel, signed this stipulation of dismissal.

Plaintiff brought this lawsuit primarily to protect the content of his communications, many of which are privileged. *See, e.g.,* Complaint, ECF #1, ¶¶ 26-27. The Congressional Defendants represented in their motion to dismiss that they were not seeking the content of any of Plaintiff's communications via the subpoena they had issued to Defendant Verizon. *See, e.g.*, ECF #18, p. 18 ("the subpoena does *not* seek the contents of any communication").

June 28, 2022

                Respectfully submitted,

                */s/ Charles Burnham*
                Charles Burnham (D.C. Bar # 1003464)
                **BURNHAM & GOROKHOV PLLC**
                1424 K Street NW, Suite 500
                Washington, D.C. 20005
                Email: charles@burnhamgorokhov.com
                Telephone: (202) 386-6920

                *Counsel for Plaintiff John C. Eastman*

        /s/ Reid M. Figel
Reid M. Figel
**KELLOGG, HANSEN, TODD,**
**FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
rfigel@kellogghansen.com

*Counsel for Defendant*
*Verizon Communications Inc.*


        /s/ Douglas Letter
Douglas Letter
**OFFICE OF GENERAL COUNSEL**
**U.S. HOUSE OF REPRESENTATIVES**
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

*Counsel for Defendants the Honorable Bennie*
*G. Thompson, John Wood, Timothy J. Heaphy,*
*and the United States House Select Committee*
*to Investigate the January 6th Attack on the*
*United States Capitol ("Congressional*
*Defendants")*

**CERTIFICATE OF SERVICE**

     A true and correct copy of the foregoing has been served via the Court's electronic filing system upon all counsel of record.

                                        */s/ Charles Burnham*
                                          Charles Burnham